

**IT IS ORDERED as set forth below:**

**Date: December 13, 2017**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | : | CASE NUMBER: |
| **THINK RETAIL SOLUTIONS, LLC**, | : | **15-56153-MGD** |
| Debtor, | : | CHAPTER 7 |
| **ROBERT TRAUNER**, as Plaintiff for the Estate of **THINK RETAIL, SOLUTIONS, LLC**; and, as applicable, as Plaintiff for the Estate of **TAMMY P. SIMPSON**, | : | ADVERSARY PROCEEDING NUMBER: **17-05078-MGD** |
| Plaintiff, | : | |
| v. | : | |
| **DELTA AIR LINES, INC.**, | : | |
| Defendant. | : | |

### ORDER DENYING MOTION FOR PROTECTIVE ORDER

Before the Court is *Plaintiff's Objection to Notice of Deposition of Plaintiff's Rule 30(B)(6) Representative and Motion for Protective Order* ("Motion"), filed by Plaintiff on

November 22, 2017 in response to the *Notice of Service of Delta Air Lines, Inc's Notice of Deposition of Plaintiff's Rule 30(b)(6) Representative,* filed on November 21, 2017. (Docs. 29, 30). Defendant also filed *Delta Air Lines, Inc's Response in Opposition to Plaintiff's Objection to Notice of Deposition of Plaintiff's Rule 30(B)(6) Representative and Motion for Protective Order.* (Doc. 33). A telephonic status conference was held in this case on December 11, 2017. Having considered the pleadings and for the reasons stated on the record at the status conference, it is

**ORDERED** that the Motion (Doc. 30) is **DENIED.** The parties are directed to coordinate an appropriate date for the Rule 30(b)(6) deposition of the Plaintiff-trustee.

The Clerk's Office is directed to serve a copy of this Order upon Plaintiff, Plaintiff's Counsel, Defendant, and Defendant's Counsel.

**END OF DOCUMENT**